No. 04–9005.  MONTGOMERY *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–9007.  MAIREL *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 04–9014.  WILLIAMS *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 04–9015.  WINGO *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 04–9024.  BYRD ET AL. *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 04–9027.  ADAMS *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 04–9032.  BELTZ *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 04–9034.  WRIGHT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–576.  BELLEQUE, SUPERINTENDENT, OREGON STATE PENITENTIARY *v.* LOUNSBURY.  C. A. 9th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 04–746.  KEMPTON, DIRECTOR, CALIFORNIA DEPARTMENT OF TRANSPORTATION *v.* MALDONADO.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 04–899.  ATTICA CENTRAL SCHOOLS *v.* J. S., BY HIS PARENT AND NATURAL GUARDIAN, N. S., ET AL.  C. A. 2d Cir.  Motion of National School Boards Association et al. for leave to file a brief as *amici curiae* granted.  Certiorari denied.

No. 04–1011.  FREEMAN *v.* DUKE POWER CO. ET AL.  C. A. 4th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.